UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KHADIJAH WATKINS,

                                 Docket No.: 14 CV 8108

                     Plaintiffs,

-against-


THE CITY OF NEW YORK, P.O. MICHAEL CALLAHAN,
P.O. RODRIGUEZ, JOHN DOE and JANE DOE, et. al.
                     Defendants.
-------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               )ss:
COUNTY OF KINGS     )

     **MOSES OSAYAME**, being duly sworn, deposes and says that I am over the age of eighteen years and I am not a party in this proceeding; that on 20th day of October 2014, at 1: 15 p.m. at NYPD-25th PCT, 120 East al 19th Street, New York, New York 10035, State of New York, deponent served the annexed Summons and Complaint on P.O. Michael Callahan, delivering to and leaving a copy thereof with person in charge of accepting process, desk Sergeant, Male, White, 35-45 **years old, 5-7"-5'9" feet tall, and weights about 155-170Ilbs.**

     Deponent further says he knew the person so served to be the person in charge of of accepting process for the NYPD-26th Precinct.

     That on October 21, 2014, a copy of said Summons and Complaint was mailed to defendant, P.O. Michael Callahan at his place of employment, located at the 25th NYPD Pct, 120 East 119th Street, New York, New York 10035.

                                                       _____
                                                         Moses Osayame

Subscribed and sworn to before
me this 24th day of October, 2014

_____
Notary Public

                                  ONDU ANYADIKE, ESQ.
                            Notary Public, State of New York. No.
                                       02AN6215511
                       Qualified in Kings County. Commission
                              Expires Dec., 28, 2017